**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INNOVATIVE ENVIRONMENTAL TECHNOLOGIES, INC., and PROVECTUS ENVIRONMENTAL PRODUCTS, INC., | CIVIL ACTION NO. 18-3211 |
| *Plaintiffs,* | |
| v. | |
| TOTAL PETROCHEMICALS & REFINING USA, INC., and RETIA, LLC, | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 17th day of April, 2019, after considering Defendants' Motion to Dismiss, (ECF No. 8), Plaintiffs' Response, (ECF No. 11), and Defendants' Reply (ECF No. 14), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.